**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CARL L. GRAYSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CA 17-0455-MU ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **13th** day of **August, 2018**.

                                       s/P. BRADLEY MURRAY
                                       **UNITED STATES MAGISTRATE JUDGE**